**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 552 EAL 2018

            Respondent            :

            :    Petition for Allowance of Appeal from
            :    the Order of the Superior Court

            v.             :

KEITH SMITH,             :

            Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 8th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.